In the Matter of the Claim of MASON J. ALDRICH, Appellant, against EDSON & COMPANY, INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — employee of firm engaged in buying conditional sale contracts and collecting moneys due thereon injured from backfiring of engine of automobile which he had repossessed for failure to pay installments due — claim for compensation dismissed.*

Aldrich v. Edson & Co., Inc., 214 App. Div. 826, affirmed.

(Submitted January 11, 1926; decided January 22, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1925, reversing an award of the State Industrial Board made under the Workmen's Compensation Law and directing a dismissal of a claim for compensation for injury alleged to have been received by claimant in the course of his employment. It appeared that claimant was occasionally employed to collect the balance due on unpaid automobile notes and contracts or repossess the vehicle. His employer bought such contracts or notes and collected the moneys due thereon and its working force did merely clerical or office work. On the day of the accident claimant had repossessed a car and while cranking same the engine backfired breaking his arm.

*Frank W. Barnes* for appellant.

*Leo Waxman* for Edson & Company, Inc., et al., respondents.

*Albert Ottinger, Attorney-General,* for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.